# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00475-CR

**Thomas Lee Fernandez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 427TH JUDICIAL DISTRICT
### NO. D-1-DC-11-300696, HONORABLE JIM CORONADO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Thomas Lee Fernandez pleaded guilty to the offense of aggravated sexual assault of a child. He has now filed a pro se notice of appeal from his judgment of conviction. However, the district court has certified that this is a plea-bargain case, the defendant has no right of appeal, and the defendant has waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2), (d). Accordingly, we dismiss the appeal.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Field

Dismissed

Filed:   August 22, 2013

Do Not Publish